**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OAKLEY, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZONEBIKECYCLE STORE, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-04171<br><br>**Judge Matthew F. Kennelly**<br><br>**Magistrate Judge Maria Valdez** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Plaintiff" or "Oakley") hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| IVSTA EYEWEAR | 3 |
| Sports-leader Store | 23 |
| jj294152023 | 62 |
| top-lychee | 64 |
| us-enjoy | 65 |
| wangrea | 66 |

Dated this 10th day of September 2020.  Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Oakley, Inc.*